1  Keith D. Brown
   Randall & Danskin, P.S.
2  1500 Bank of America Financial Center
   601 W. Riverside Avenue
3  Spokane, WA  99201
   (509) 747-2052
4  Attorneys for Defendant

5

6             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
7

8  BETH WADDEL, as Personal            NO. CV-06-159-LRS
   Representative of the Estate of
9  Robert H. Ragatz,
                                        ORDER OF DISMISSAL WITH
10                Plaintiff,            PREJUDICE AND WITHOUT
                                        COSTS
11     vs.

12 ROBERT V. WIGGINS, M.D.,

13                Defendant.

14

15 Pursuant to the stipulation filed in this matter:

16     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the

17 above-entitled action is dismissed in its entirety, with prejudice and without

18 costs.  The District Court Executive is directed to enter this order and close

19 the file.

ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS - 1

**RANDALL & DANSKIN, P.S.**
ATTORNEYS AND COUNSELORS
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052

1  DATED this __29th__ day of June, 2007.

2

3                                    s/Lonny R. Suko
                              _____
4                                 Hon. Lonny R. Suko
                                  United States District Judge

5

6  Presented by:

7  RANDALL & DANSKIN, P.S.

8

9  /s/ Keith D. Brown
   _____
   Keith D. Brown
10 WSBA No. 15528
   Attorneys for Defendant

11

12

13

14

15

16

17

18

19

ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT COSTS - 2

**RANDALL & DANSKIN, P.S.**
ATTORNEYS AND COUNSELORS
1500 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON  99201-0653
(509) 747-2052